# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **STEVEN TAYLOR,** ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-cv-00272-SNLJ |
| ) | |
| v. ) | |
| ) | **JOINT STIPULATION AND** |
| **ST. LOUIS COMMUNITY COLLEGE** ) | **ORDER FOR DISMISSAL** |
| **A.K.A. THE COMMUNITY COLLEGE** ) | **WITH PREJUDICE** |
| **DISTRICT OF ST. LOUIS, ST. LOUIS** ) | |
| **COUNTY, MISSOURI, et al.,** ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, with each party to bear its own attorney's fees and costs.

NEWMAN BRONSON & WALLIS

By: /s/ *Mark I. Bronson*
LAUREN E. BRONSON MO #68649
MARK I. BRONSON MO #23183
2300 West Port Plaza Drive
St. Louis, MO 63146-3213
(314) 878-8200
lbronson@newmanbronson.com
mbronson@newmanbronson.com

1

       MICHAEL GROSS [23600]
       MICHAEL GROSS LAW OFFICE
       231 South Bemiston Avenue, #250
       St. Louis, MO 63105
       (314) 863-5887
       mgross@grossbriefs.com

       ATTORNEYS FOR PLAINTIFF STEVEN TAYLOR

       LEWIS RICE LLC
       By: /s/ Ronald A. Norwood
       Ronald A. Norwood, #33841MO
       600 Washington Ave., Suite 2500
       St. Louis, Missouri 63101
       (314) 444-7759 (Telephone)
       (314) 612-7759 (Facsimile)
       rnorwood@lewisrice.com

       and

       Jason R. Retter, #59683MO
       Rachel Bates, #68696MO
       Hellmich, Hill & Retter, LLC
       1049 N. Clay Ave.
       Kirkwood, MO 63122
       (314) 646-1110 (Telephone)
       (314) 646-1122 (Facsimile)
       jason@hellmichhillretter.com
       rachel@hellmichhillretter.com

       ATTORNEYS FOR DEFENDANTS

## **ORDER**

      The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____

       _____
       STEPHEN N. LIMBAUGH, JR, DISTRICT JUDGE
       UNITED STATES DISTRICT COURT