IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN TAYLOR, | ) |
| Plaintiff, | ) Case No. 4:18-cv-00272-SNLJ |
| v. | ) |
| | ) JOINT STIPULATION AND |
| ST. LOUIS COMMUNITY COLLEGE A.K.A. THE COMMUNITY COLLEGE DISTRICT OF ST. LOUIS, ST. LOUIS COUNTY, MISSOURI, et al., | ) ORDER FOR DISMISSAL WITH PREJUDICE |
| Defendants. | ) |

**JOINT STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, with each party to bear its own attorney's fees and costs.

NEWMAN BRONSON & WALLIS

SO ORDERED this 22nd day of December, 2021

By: /s/ *Mark I. Bronson*
LAUREN E. BRONSON MO #68649
MARK I. BRONSON MO #23183
2300 West Port Plaza Drive
St. Louis, MO 63146-3213
(314) 878-8200
lbronson@newmanbronson.com
mbronson@newmanbronson.com

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1